UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PROTECTIVE LIFE INSURANCE CO.     CIVIL ACTION NO. 08-cv-0113

VERSUS     JUDGE HICKS

JARRELL DAN FESTERVAN, ET AL     MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

    Protective Life Insurance Co. filed this interpleader that named four potential claimants to the more than $1.5 million proceeds of a life insurance policy. The funds have been deposited in the court, and there is evidence in the record of service on each defendant. One defendant has filed an answer and prayed for a judgment that the proceeds be paid to the Joe A. Festervan, Jr. Insurance Trust. Waivers of service in the record indicate that the other three defendants/claimants waived service. Their answers were due in March 2008, but they have not filed any responses.

    If this matter has been settled, the parties should file an appropriate motion to dismiss and request an order for disbursal of the funds. If there has not been a settlement, the claimant that has appeared should immediately take steps to obtain entries of default as to the other claimants, and it should thereafter file a motion for default judgment that is supported by a memorandum that explains the basis for judgment in its favor and a proposed judgment. See Valley Forge Life Ins. Co. v. Rockmore, 2008 WL 1805450 (M.D. Ga. 2008) ("In an interpleader action in which all but one named interpleader defendant has defaulted, the

remaining defendant is entitled to the res."); Sun Life Assurance Co. v. Conroy, 431 F.Supp. 2d 220, 226 (D. R.I. 2006) (a defendant in an interpleader action may move for entry of default judgment and is entitled to same when other defendants have not answered or appeared).

Any order regarding the disbursement of the registry funds must comply with Local Rule 67.3W. A deadline of **August 1, 2008** is set for the answering claimant to obtain the entry of default and file a motion for default judgment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 11th day of June, 2008.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE